UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 8:21-cv-00967-KES                                             Date: September 7, 2021

Title: Equitable Financial Life Insurance Company v. Robert Gurbuz, et al.

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Jazmin Dorado | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANTD: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**     Order to Show Cause Why Action Should Not Be Dismissed for Failure to Timely Serve Defendants

Plaintiff Equitable Financial Life Insurance Company ("Plaintiff") filed this action on May 28, 2021. (Dkt. 1.) Federal Rule of Civil Procedure 4(m) generally requires plaintiffs to serve defendants with process within 90 days after the complaint is filed. Although that 90-day deadline expired on August 26, 2021, Plaintiff has not filed any proof of service as of the date of this order.

IT IS THEREFORE ORDERED that, **on or before September 21, 2021**, Plaintiff shall show cause why this action should not be dismissed without prejudice for failure to timely serve Defendants.

Initials of Deputy Clerk JD