UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

**CIVIL MINUTES – GENERAL**

| Case No. | 8:21-cv-00967-CJC-JDE | Date | November 30, 2021 |
|---|---|---|---|
| Title | Equitable Financial Life Insurance Company v. Robert Gurbuz et al. | | |

Present: The Honorable  CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

| Rolls Royce Paschal | None Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**   **(IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF VOLUNTARY DISMISSAL**

The Court, having been advised by the Plaintiff that this action has been resolved by a Notice of Voluntary Dismissal [15], hereby orders this action dismissed without prejudice. The Court hereby orders all proceedings in the case vacated and taken off calendar.

Initials of Deputy Clerk  rrp